## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EBRO FOODS, INC., | ) Case No. 09-10101 |
| | ) |
| Debtor and Debtor in Possession. | ) Hon. Eugene R. Wedoff |
| | ) |
| HARVEST FOOD GROUP, INC. | ) |
| | ) |
| Plaintiff, | ) ADVERSARY ACTION |
| | ) |
| v. | ) Case No. 09-01191 |
| | ) |
| EBRO FOODS, INC., ZENIADA E. ABREU, individually, and SILVIO VEGA, individually. | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Upon the motion of plaintiff, Harvest Food Group, Inc. ("Plaintiff"), to compel payment of its claim (the "Motion") under trust provisions of the Perishable Agricultural Commodities Act, 1930, 7 U.S.C. §§ 499a-499t (2007 & Supp. 2009) ("PACA"), the Court hereby finds as follows:

1. Ebro Foods, Inc. (the "Debtor") conceded the validity of the principal amount and interest charges due and owing to the Plaintiff in open court on November 18, 2009.

2. The principal amount of the Plaintiff's valid PACA claim against the Debtor is $11,223.37.

3. The interest rate to which the parties contractually agreed is 1.5% per month (18% APR) and has resulted in interest charges through December 1, 2009 of $6,474.06. Contractually due interest charges are being added to this PACA claim at the per diem rate of $8.77 from and after December 1, 2009.

4.  The Court will set this matter for a hearing on the amount of the contractually due attorneys' fees and costs due on the Plaintiff's valid PACA claim if the parties are unable to agree upon a figure.

Accordingly, **IT IS HEREBY ORDERED, as follows:**

1.  Court hereby grants the Plaintiff's Motion in part and hereby enters partial judgment in favor of Plaintiff and against the Debtor in the current amount of $17,697.43, plus post-judgment interest at the rate of 1.5% per month (18% APR) from and after December 1, 2009 until the entire judgment is paid in full (hereinafter the "Outstanding Indebtedness"), less any sums recovered under any other counts of the Complaint.

2.  The Debtor is hereby authorized and directed to fully satisfy the Outstanding Indebtedness to the Plaintiff within seven (7) days of the date of this order.

3.  The Court withholds judgment on the attorneys' fees and costs component of the Plaintiff's Motion to allow additional time for the parties to either agree on a figure or advise the Court of their inability to agree and request a hearing date.

**DONE AND SO ORDERED**

DATE: this ___1___ day of December, 2009 in Chicago, Illinois

_____
Hon. Eugene R. Wedoff
**U.S. BANKRUPTCY COURT JUDGE**