## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC., | ) | Case No. 09-10101 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Eugene R. Wedoff |
| | ) | |
| HARVEST FOOD GROUP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | ADVERSARY ACTION |
| | ) | |
| v. | ) | Case No. 09-01191 |
| | ) | |
| EBRO FOODS, INC., ZENIADA E. ABREU, individually, and SILVIO VEGA, individually. | ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 12, 2010 at 10:00 a.m. I shall appear before the Hon. Eugene R. Wedoff, or any judge sitting in his stead, at the United States Bankruptcy Court for the Northern District of Illinois, located in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and present Plaintiff's Motion to Include Contractually Due Fees and Costs into Final Judgment.

Date: January 6, 2010                              Respectfully submitted,

                                                   HARVEST FOOD GROUP, INC.

                                                   By: /s/ Mark A. Bulgarelli, Esq.
                                                     One of Its Attorneys

1

>Michael J. Keaton, Esq.
>Mark A. Bulgarelli, Esq.
>KEATON & ASSOCIATES, P.C.
>1278 W. Northwest Hwy., Suite 903
>Palatine, Illinois 60067
>Tel: 847/934-6500
>keaton@pacatrust.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing was served electronically to all parties on the above-captioned matter through the ECF system at the electronic address on file with the Clerk's Office or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on this day, January 6, 2010.

>By: /s/ Mark A. Bulgarelli, Esq.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC., | ) | Case No. 09-10101 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Eugene R. Wedoff |
| | ) | |
| _____ | ) | |
| HARVEST FOOD GROUP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | ADVERSARY ACTION |
| | ) | |
| v. | ) | Case No. 09-01191 |
| | ) | |
| EBRO FOODS, INC., ZENIADA E. ABREU, individually, and SILVIO VEGA, individually. | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION TO INCLUDE CONTRACTUALLY DUE FEES AND COSTS INTO FINAL JUDGMENT

Harvest Food Group, Inc. (the "Plaintiff"), through its undersigned attorney, moves this Honorable Court for inclusion of the Plaintiff's contractually due attorneys' fees and costs into the final judgment entered in this matter. In support hereof, Plaintiff states as follows:

1. On December 1, 2009, this Honorable Court entered a partial judgment in this matter which included all of the principal debt and the interest charges and directed the Plaintiff to request a hearing date to determine the amount of attorneys' fees and costs that Plaintiff is contractually owed. (Doc. #4).

2. This Honorable Court has set a hearing for January 12, 2009 to determine the amount

of attorneys' fees and costs that Ebro Foods, Inc. (the "Debtor") is obligated to reimburse to Plaintiff.

3. The Plaintiff respectfully submits to this Honorable Court the present motion and the supporting memorandum of law, together with the corresponding Exhibit A (Plaintiff's bills for attorneys' fees and cost), in order to inform this Honorable Court of the contractually due attorneys' fees and costs and to comport with this Honorable Court's directive.

4. The memorandum of law will address the legal bases for the Debtor's liability for the attorneys' fees and costs and the standards applicable to this Honorable Court's determination of reasonableness.

5. Plaintiff submits the affidavit of Counsel as Exhibit B to provide a break down of all attorneys' fees and costs that Plaintiff incurred and to demonstrate the reasonableness of those fees and costs for prosecuting this claim.

6. Based on the attached Exhibit A, the fees and costs herein requested to be included in the amended judgment are as follows:

| | | |
|---|---|---|
| A. | Attorney's fees (Actual through 12/31/09): | $26,862.50 |
| B. | Attorney's fees (Estimate for 1/1/10 - 1/6/10): | $1,560.00 |
| C. | Costs (Actual through 12/31/09): | $1,669.81 |
| D. | Costs (Estimate for 1/1/10 - 1/6/10): | $200.00 |
| | **TOTAL:** | **$30,292.31** |

**FOR THESE REASONS**, the Plaintiff respectfully requests this Honorable Court to enter an amended judgment in favor of the Plaintiff, and against the Debtor, which reflects the inclusion

2

of the contractually due fees and costs in the *additional* amount of $30,292.31, and for such other and further relief as this Honorable Court deems appropriate upon consideration of this matter.

Date:  January 6, 2010                    Respectfully submitted,

                                          HARVEST FOOD GROUP, INC.

                                          By: /s/ Mark A. Bulgarelli, Esq.
                                               One of Its Attorneys

                                          Michael J. Keaton, Esq.
                                          Mark A. Bulgarelli, Esq.
                                          KEATON & ASSOCIATES, P.C.
                                          1278 W. Northwest Hwy., Suite 903
                                          Palatine, Illinois 60067
                                          Tel: 847/934-6500
                                          keaton@pacatrust.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing was served electronically to all parties on the above-captioned matter through the ECF system at the electronic address on file with the Clerk's Office or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on this day, January 6, 2010.

                                          By: /s/ Mark A. Bulgarelli, Esq.

3