# Keaton & Associates, P.C.
1278 W. Northwest Hwy., Suite 903
FEIN 36-4145829
Palatine, IL 60067

Invoice submitted to:

Harvest Food Group, Inc
Attn: Mr. Jason Eckert
30W260 Butterfield Road,
Suite 201
Warrenville, IL 60555

November 19, 2009

Invoice #    15940

**In reference to:Ebro Foods, Inc.**
    Professional services

| | Hrs/Rate | Amount |
|---|---|---|
| 10/20/2009 Conference with Client to discuss ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (.3); Review initial documents to backup the claim (.3); Review docket of bankruptcy proceeding (.3). | 0.90<br>325.00/hr | 292.50 |
| Conference with Client to follow-up on ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (.3); Detailed review of Debtor's fee application (.5); Prepare outline of objection to same (.3); Conference with co-counsel to discuss same and timing issues (.2). | 1.30<br>325.00/hr | 422.50 |
| Review file and court docket in preparation of objecting to Debtor's attorney's application for payment of legal fees (.7); Research case law for drafting objection to Debtor's counsel's application for compensation (.5); Reviewed Debtor's prior filings for drafting objection to Debtor's counsel's application for compensation (.6). | 1.80<br>225.00/hr | 405.00 |
| Prepare initial draft of Objection to Debtor's counsel application for Compensation (.4); Further preparation of Objections to Debtor's Counsel Application for Compensation (1.4). | 1.80<br>225.00/hr | 405.00 |

*Serving the Legal Needs of the Produce Industry*


EXHIBIT A

Page   2

Harvest Food Group, Inc
In reference to: Ebro Foods, Inc.

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/21/2009 | Review case file for drafting Motion to Compel PACA Payment (.2); Research case law for drafting Motion to Compel PACA Payment (.3); Review research for memorandum of law in support of Objection to Debtor's Counsel's Application for Fees (.4). | 0.90<br>225.00/hr | 202.50 |
| | Draft Motion to Compel PACA Payment. | 1.10<br>225.00/hr | NO CHARGE |
| 10/22/2009 | Review Debtor's objection to claim for drafting memorandum of law (.7); Review docket before beginning to draft Memorandum of law (.4); Research case law on priority of PACA claims (1.1); Research case law on PACA assets not being part of Debtor's estate for inclusion in Memorandum of law (1.2); Prepare Memorandum of law (5.1). | 8.50<br>225.00/hr | 1,912.50 |
| 10/23/2009 | Prepare Notice of Motion to be filed (.3); Prepare exhibits to included with our Motion to Compel (.2); Prepare Attorney Appearance Forms (.2). | 0.70<br>225.00/hr | 157.50 |
| 10/25/2009 | File Motion to Compel and Objection to Application. | 0.60<br>225.00/hr | 135.00 |
| 10/26/2009 | Conference with Debtor's attorney to seek settlement of objection to fee application and overall trust claim (.2); Letter to Debtor's attorney to open negotiations for valid trust claim and judgment terms (.3). | 0.50<br>325.00/hr | 162.50 |
| | Prepare Chart of claim (.4); Conference with Debtor's counsel to discuss settlement of objection (.1). | 0.50<br>225.00/hr | 112.50 |
| | Research Debtor's counsel's attempt to disqualify other PACA claims. | 0.60<br>225.00/hr | 135.00 |
| | Prepare and send letter to Debtor's attorney regarding payment of our PACA claims and our objection to his fee application. | 0.40<br>225.00/hr | 90.00 |

*Serving the Legal Needs of the Produce Industry*

Page 3

Harvest Food Group, Inc
In reference to: Ebro Foods, Inc.

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/26/2009 | Review Client file and court docket and thereafter prepare a detailed update letter to Client (.2). | 0.20<br>225.00/hr | 45.00 |
| 10/28/2009 | Revise and amend update report to Client (.1); Conference with co-counsel to discuss strategy going forward (.1). | 0.20<br>325.00/hr | 65.00 |
|  | For professional services rendered<br>Additional charges: | 20.00 | $4,542.50 |
| 10/31/2009 | Copy expenses |  | 46.20 |
|  | Facsimile transmission expense |  | 2.00 |
|  | LD telephone expense |  | 29.31 |
|  | Total costs |  | $77.51 |
|  | Total amount of this bill |  | $4,620.01 |

*Serving the Legal Needs of the Produce Industry*

# Keaton & Associates, P.C.
1278 W. Northwest Hwy., Suite 903
FEIN 36-4145829
Palatine, IL 60067

Invoice submitted to:

**Harvest Food Group, Inc**
**Attn: Mr. Jason Eckert**
**30W260 Butterfield Road,**
**Suite 201**
**Warrenville, IL 60555**

December 17, 2009

Invoice #    16064

**In reference to:Ebro Foods, Inc.**
    Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/3/2009 | Prepare and file Amended Claims Form with additional amount owed to Client (1.1); Prepare and file Attorney Appearance Form (.4); Research Debtor's company to insure PACA language (.4); Conference with co-creditor counsel to discuss their adversary against Client (.1); Conference with Debtor's counsel to discuss potential settlement offer (.5); Research source of Debtor's funding for prior payment of PACA claim (.3); | 2.80<br>225.00/hr | 630.00 |
| | Revise and amend chart for Proof of Claim (.4); Conference with co-counsel to discuss claim documents and timing of next steps (.3); Revise Appearance forms (.2). | 0.90<br>325.00/hr | 292.50 |
| | Conference with Debtor's attorney to discuss source of retainer payment and settlement (.3); Conference with co-counsel to discuss agenda for tomorrow's hearing and settlement options (.3). | 0.60<br>325.00/hr | 195.00 |
| 11/4/2009 | Prepare for hearing on objection to Fee Application of Debtor's attorney and Motion to Compel payment of trust claim (.5); Court appearance on same (2.5); Conference with Debtor's attorney to discuss settlement options (.5); Conference with Client to discuss ▮▮▮▮▮▮▮▮▮ ▮▮▮▮(.4). | 3.90<br>325.00/hr | 1,267.50 |

*Serving the Legal Needs of the Produce Industry*

Page 2

Harvest Food Group, Inc
In reference to: Ebro Foods, Inc.

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/5/2009 | Conference with Client to discuss ▓▓▓▓▓▓ ▓▓▓▓▓▓(.3); Conference with co-counsel to discuss procedural questions on Motion to Compel Payment and need for adversary Complaint anyway (.4); Research to check for cases on issues (.4); Review cases pulled (.5). | 1.60 325.00/hr | 520.00 |
| 11/6/2009 | Review Court's Order granting Debtor Attorney fees. | 0.10 225.00/hr | NO CHARGE |
| 11/9/2009 | Review Debtor's response to our objection to Attorney Fee application (.1); Review Client file and court docket and thereafter prepare a detailed update letter to Client (.2). | 0.30 225.00/hr | 67.50 |
| | Revise and amend update report to Client (.1); Conference with co-counsel to discuss strategy going forward (.1). | 0.20 325.00/hr | 65.00 |
| 11/10/2009 | Review docket to assess impact of recent pleadings on trust claims (.5); Conference with co-counsel to discuss related cases for Debtor's real estate arm (.3). | 0.80 325.00/hr | 260.00 |
| 11/11/2009 | Reviewed Debtor's Chapter 11 Reorganization Plan (.3); Reviewed Debtor's Disclosure Statement for reorganization (.3). | 0.60 225.00/hr | NO CHARGE |
| | Review Debtor's proposed Chapter 11 Plan (.7); Review Debtor's proposed Chapter 11 Plan (.7); Review Debtor's disclosure statement for plan (.4); Compile notes of impact on Client's rights (.3). | 1.40 325.00/hr | 455.00 |
| 11/16/2009 | Research identity of Principal to be named in Adversary Complaint (.6); Review invoices and update interest owed for Adversary Complaint and consent judgment (.2); Prepare Adversary Complaint to be filed (1.1). | 1.90 225.00/hr | 427.50 |

*Serving the Legal Needs of the Produce Industry*

Page   3

Harvest Food Group, Inc
In reference to: Ebro Foods, Inc.

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/17/2009 | Review Debtor's objections to claims (.2); Review Debtor's summary of cash receipts and disbursement (.1); Continued work on Adversary Complaint for filing (1.4); Prepare consent judgment for adversary proceedings (1.4). | 3.10<br>225.00/hr | 697.50 |
|  | Prepare exhibits to be filed with Adversary Complaint (.3); File Adversary Complaint to force Debtor to pay PACA claims (.4); Review settlement offer (.2); Conference with co-counsel to discuss settlement offer and tomorrows Court hearing (.4). | 1.30<br>225.00/hr | 292.50 |
|  | Prepare for hearing on Motion to Compel Payment of trust claim (.5); Conference with co-counsel to discuss need for adversary complaint (.4); Prepare outline of terms for consent judgment to resolve the adversary action (.5). | 1.40<br>325.00/hr | 455.00 |
|  | Revise and amend Adversary Complaint to lock in judgment of trust rights (.7); Revise proposed consent judgment to allow Debtor time to satisfy claim over time (.6); Letter to Debtor's attorney to transmit proposed consent judgment (.2); Conference with co-counsel to discuss changes to judgment terms (.3). | 1.80<br>325.00/hr | 585.00 |
|  | Conference with Client to discuss ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.4); Review settlement offer from Debtor's attorney (.3). | 0.70<br>325.00/hr | 227.50 |
| 11/18/2009 | Review adversary proceedings of co-creditors to have their claims disqualified. | 0.40<br>225.00/hr | 90.00 |
|  | Prepare for hearing on continued Motion to Compel Payment of trust claims (.5); Court appearance on Motion (2.5); Conference with Debtor's attorney to discuss claim and fee component of damages only continuing to accrue due to all the extra hearings (.3); Conference with Debtor's new attorney and timing of further settlement efforts (.2). | 3.50<br>325.00/hr | 1,137.50 |

*Serving the Legal Needs of the Produce Industry*

Page 4

Harvest Food Group, Inc
In reference to: Ebro Foods, Inc.

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/18/2009 | Revise and amend consent judgment to get version #3 for review and comment (.3); Conference with Client to discuss ▓▓▓▓▓▓▓▓▓▓▓▓ (.3); Conference with co-counsel to discuss changes and strategy going forward for partial judgment without Debtor's cooperation (.3). | 0.90 325.00/hr | 292.50 |
| 11/19/2009 | Review Order setting a new hearing date on Motion to Compel PACA payments. | 0.10 225.00/hr | 22.50 |
| | Review Debtor's filing regarding cash receipts and disbursement (.5); Review related documents to assess impact on Client's rights (.3); Conference with co-counsel to discuss same and next steps (.3). | 1.10 325.00/hr | 357.50 |
| 11/23/2009 | Review notification from Court Clerk regarding Debtor's filing of cash distribution (.1); Continued preparation of consent judgment for signature (.2); Conference with Debtor's attorney to discuss proposed Order on judgment (.2); Conference with Debtor's attorney to discuss terms of consent judgment (.4). | 0.90 225.00/hr | 202.50 |
| | Prepare Summons for all Defendants (.6); Conference with process server on serving Complaint and Summons (.3); Review docket in preparation for tomorrow's Court hearing (.3). | 1.20 225.00/hr | 270.00 |
| | Final preparation for hearing on Motion to Compel Payment (.5); Revise and amend consent judgment to reflect settlement efforts to date (.5); Conference with co-counsel to discuss changes and need to treat admissions as partial Summary Judgment (.4); Revise initial draft of partial judgment to be entered without Debtor's consent or cooperation per Judge's comments at last hearing (.4). | 1.80 325.00/hr | 585.00 |
| | Conference with Debtor's attorney to advise of no response and desire to get proposed order for partial judgment into Judge's hands (.2); Letter to Debtor's attorney to reiterate lack | 0.90 325.00/hr | 292.50 |

*Serving the Legal Needs of the Produce Industry*

Page   5

Harvest Food Group, Inc
In reference to: Ebro Foods, Inc.

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
|  | of cooperation means no extra time to satisfy judgment amounts (.4); Follow-up conference with Debtor's attorney to discuss Principal's personal liability and other issues if we continue to litigate (.3). |  |  |
| 11/24/2009 | Review Debtor's Motion to Use Collateral to continue operations (.2); Attend Court hearing on Debtor's Motion (2.4); Conference with Debtor's attorney to discuss terms of consent judgment (.1); Conference with IRS attorney discussing that they cannot get a payment from Debtor's assets (.4). | 3.10<br>225.00/hr | 697.50 |
|  | Continued preparation of Summons and Complaint for service (.3); Conference with process server discussing details needed for service on Defendants (.3). | 0.60<br>225.00/hr | 135.00 |
|  | Revise and amend summons for each Defendant (.3); Conference with co-counsel to discuss changes and need to expedite service due to Debtor's lack of response (.3); Prepare for hearing tomorrow with co-counsel (.3). | 0.90<br>325.00/hr | 292.50 |
| 11/25/2009 | Attend Court hearing on Motion to Compel Payment of PACA Claim (1.7); Conference with Debtor's counsel to discuss terms of consent judgment (.4); Conference with process server to set update service of Adversary Complaint (.1); Conference with Debtor's attorney regarding wanting to see backup for fee amounts (.2). | 2.40<br>225.00/hr | 540.00 |
|  | Review letter from Debtor's attorney seeking to confirm terms of settlement and status of pending Motions (.2); Conference with co-counsel to discuss same and scope of response (.3). | 0.50<br>325.00/hr | 162.50 |
| 11/30/2009 | Review Order issued by Judge setting new hearing date on our Motion (.1); Conference with Debtor's attorney to discuss negotiating terms of consent judgment (.1); Review with process server on status of service on Defendants (.2); Prepare | 0.70<br>225.00/hr | 157.50 |

*Serving the Legal Needs of the Produce Industry*

Page　6

Harvest Food Group, Inc
In reference to: Ebro Foods, Inc.

| | Hrs/Rate | Amount |
|---|---|---|
| proposed Judgment against Defendants for Judge to enter at tomorrows hearing (.3). | | |
| 11/30/2009 Conference with Debtor's attorney to discuss settlement (.3); Conference with co-counsel to discuss Debtor's offer and belief the Debtor can satisfy the judgment to be entered can be satisfied over time (.3); Letter to Debtor's attorney to address questions on settlement issue (.3); Conference with Debtor's attorney to be advised of timing of response (.2). | 1.10<br>325.00/hr | 357.50 |
| Revise and amend chart of claim to bring figures current for entry of partial judgment tomorrow (.3); Revise and amend proposed judgment Version #2 (.3); Conference with co-counsel to discuss changes to both and strategy for hearing (.3). | 0.90<br>325.00/hr | 292.50 |
| For professional services rendered | 44.40 | $12,322.50 |
| Additional charges: | | |
| 11/4/2009 Travel Expenses - Hearing on Motion to Compel Payment of PACA Claims | | 107.50 |
| 11/18/2009 Filing Fees - Adversary Complaint Filing Fee | | 250.00 |
| Travel Expenses - Hearing on Motion | | 105.00 |
| 11/24/2009 Travel Expenses - Hearing on Debtor's Motion to Use Cash Collateral | | 65.58 |
| Travel Expenses - Hearing on Motion to Compel | | 105.00 |
| 11/25/2009 Travel Expenses - Hearing on our Motion | | 60.26 |
| 11/30/2009 Online research. | | 135.02 |
| Copy expenses | | 58.50 |

*Serving the Legal Needs of the Produce Industry*

Page    7

Harvest Food Group, Inc
In reference to: Ebro Foods, Inc.

| | | Amount |
|---|---|---:|
| 11/30/2009 | Facsimile transmission expense | 13.00 |
| | LD telephone expense | 97.53 |
| 12/11/2009 | $Process Server Fee | 171.75 |
| 12/15/2009 | Travel Expenses - Hearing on Debtor's Motion to Amend Judgment | 105.00 |
| | Total costs | $1,274.14 |
| | Total amount of this bill | $13,596.64 |

*Serving the Legal Needs of the Produce Industry*

**Keaton & Associates, P.C.**
1278 W. Northwest Hwy., Suite 903
FEIN 36-4145829
Palatine, IL 60067

Invoice submitted to:

**Harvest Food Group, Inc
Attn: Mr. Jason Eckert
30W260 Butterfield Road,
Suite 201
Warrenville, IL 60555**

January 06, 2010

Invoice #   16159

**In reference to:Ebro Foods, Inc.**
    Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/1/2009 | Conference with Debtor's attorney to discuss settlement offer (.2); Review details of offer from Debtor's counsel (.2); Conference with Client to discuss ▓▓▓▓▓▓▓▓▓▓ (.3). | 0.70<br>325.00/hr | 227.50 |
|  | Conference with co-counsel to discuss strategy for hearing (.3); Follow-up conference with co-counsel to discuss results of hearing and next steps (.2). | 0.50<br>325.00/hr | 162.50 |
|  | Attend Court hearing on Motion to Compel payment of PACA claim in which Judge entered judgment against Debtor (3.2); Conference with Judge's Clerk to discuss how we want judgment to be entered and docketed (.3); Conference with co-counsel to discuss results of hearing (.2). | 3.70<br>225.00/hr | 832.50 |
| 12/2/2009 | Review entered version of judgment to compare to form submitted for approval (.2); Review Debtor's offer to satisfy judgment over time with monthly payments (.3); Conference with Client to discuss ▓▓▓▓▓▓▓(.4); Letter to Debtor's attorney to reject same (.3). | 1.20<br>325.00/hr | 390.00 |

*Serving the Legal Needs of the Produce Industry*

Page   2

Harvest Food Group, Inc
In reference to: Ebro Foods, Inc.

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/2/2009 | Prepare update report on yesterday's hearing for Client (.4); Review Federal rules regarding calculation of due date for Debtor's payments on judgment (.4); Prepare docket entries to track deadlines (.1). | 0.90<br>325.00/hr | 292.50 |
|  | Review Court's entry of judgment against Debtor (.1); Review Debtor's settlement offer of monthly installments (.2); Conference with Debtor's Attorney rejecting proposed settlement offer (.2). | 0.50<br>225.00/hr | 112.50 |
| 12/4/2009 | Conference with process server to discuss service on Debtor. | 0.20<br>225.00/hr | 45.00 |
| 12/7/2009 | Review Debtor's Motion to Vacate Judgment. | 0.20<br>225.00/hr | NO CHARGE |
| 12/8/2009 | Conference with Court Reporter to discuss ordering a transcript to use in response to Debtor's Motion to Modify Judgment. | 0.20<br>225.00/hr | 45.00 |
| 12/11/2009 | Review Debtor's Motion to Extend Time to file plan (.1); Prepare analysis of fees/costs totals to use in fee application at upcoming hearing (.2); Prepare Client update letter (.2); Discussion with Court Reporter to follow-up on ordering transcript need for hearing (.2); Prepare outline of Objection to Debtor's Motion to Modify Judgment (.8). | 1.50<br>225.00/hr | 337.50 |
|  | Conference with Client to discuss ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ (.2); Review docket to determine impact of recent filings (.1). | 0.30<br>325.00/hr | 97.50 |
| 12/12/2009 | Prepare objection to Debtor's Motion to Modify Judgment. | 0.90<br>225.00/hr | 202.50 |
| 12/14/2009 | Review Debtor's withdrawal of objections to certain creditor's claims (.1); Conference with process server to confirm service on all Debtors (.1); Continued preparation of Objection to Debtor's Motion to modify Judgment (1.4); File objection | 2.20<br>225.00/hr | 495.00 |

*Serving the Legal Needs of the Produce Industry*

Page 3

Harvest Food Group, Inc
In reference to: Ebro Foods, Inc.

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | with the Court (.2); Send Notice of Objection to Debtor (.2); Conference with Court Reporter to discuss delivery of the transcript for tomorrow's hearing (.2). | | |
| 12/14/2009 | Revise and amend response to Debtor's Motion to Amend Judgment (.5); Conference with co-counsel to discuss changes and strategy going forward (.3); Prepare new sections of objection to address Debtor's failure to even cite proper legal standards much less meet elements (.6). | 1.40 325.00/hr | 455.00 |
| 12/15/2009 | Review and analyze fees/cost totals for Fee Application (.3); Prepare chart of per diem interest showing the Debtor the daily payoff figures for the term of the payments (.3). | 0.60 225.00/hr | 135.00 |
| | Conference with Court Reporter to discuss delivery of Court transcript of a previous hearing where Debtor agreed to pay interest (.2); Letter to Debtor regarding instructions for payment of judgment (.2); Conference with co-counsel to discuss today's hearing and next steps (.4). | 0.80 225.00/hr | 180.00 |
| | Prepare for hearing on Debtor's Motion to Amend Judgment (.4); Court appearance on same (2.5); Conference with co-counsel to discuss results of hearing and notice of payoff figures to Debtor's attorney (.3); Prepare letter to Debtor's attorney with wire instructions and per diem interest rates (.3); Letter to Client to ▮▮▮▮▮▮▮▮▮▮▮(.3). | 3.80 325.00/hr | 1,235.00 |
| 12/16/2009 | Review docket to pull copy of Orders from yesterday's hearing (.3); Revise and amend Version #4 of proposed Amended Judgment to resolve disputed sums (.4); Conference with co-counsel to discuss changes and next steps (.2); | 0.90 325.00/hr | 292.50 |
| | Review Debtor's report of receipts and disbursements to assess impact on Client's rights (.3); Review Debtor's offer to satisfy partial judgment over time (.2); Conference with Client to ▮▮▮▮▮▮▮▮▮▮▮ (.3); Letter to | 1.10 325.00/hr | 357.50 |

*Serving the Legal Needs of the Produce Industry*

Page   4

Harvest Food Group, Inc
In reference to: Ebro Foods, Inc.

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Debtor's attorney to reject offer and extend counter offer for settlement (.3). | | |
| 12/16/2009 | Conference with court reporter to discuss transcript (.1); File Affidavits of Summons with the Court (.2); Prepare revised Consent Judgment for signature (.3); Prepare payment plan chart for Debtor (.3). | 0.90<br>225.00/hr | 202.50 |
| 12/17/2009 | Review Court Order extending Debtor's time to file Disclosure Statement. | 0.10<br>225.00/hr | NO CHARGE |
| | Prepare cost/fees summary for fee application (.4); Prepare Motion to Covert case to Chapter 7 Bankruptcy (1.2); Prepare Contempt Motion for Debtor's failure to pay Judgment (.9); Conference with co-counsel to discuss filing of Motion to Convert to Chapter 7 and Motion for Contempt of Court (.3). | 2.80<br>225.00/hr | 630.00 |
| | Revise and amend consent judgment to reflect the figures discussed with Debtor's attorney last night to get Version #5 of same (.4); Letter to Debtor's attorney to transmit Version #5 of consent judgment (.2); Review billing statements to redact for attorney/client privileged matters (.4); Letter to Debtor's attorney to transmit October and November bills for due diligence checks (.2). | 1.20<br>325.00/hr | 390.00 |
| | Revise Motion to hold Debtor in contempt for refusing to pay judgment as directed (.4); Conference with co-counsel to discuss changes and next steps (.2). | 0.60<br>325.00/hr | 195.00 |
| | Revise and amend update report to Client (.1); Conference with co-counsel to discuss strategy going forward (.1). | 0.20<br>325.00/hr | NO CHARGE |
| 12/18/2009 | Conference with Debtor's attorney to discuss mis-labeling of check and Debtor's offer of new check as unnecessary. | 0.30<br>325.00/hr | 97.50 |
| 12/21/2009 | Prepare fee application to submit fees and costs to Court. | 1.20<br>225.00/hr | 270.00 |

*Serving the Legal Needs of the Produce Industry*

Page   5

Harvest Food Group, Inc
In reference to: Ebro Foods, Inc.

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 12/22/2009 | Conference with Debtor's attorney to discuss Agreed Order for time to file Fee Application (.2); Prepare letter to Debtor's attorney confirming extension of time (.2); Review docket and documents in preparation for hearing on Adversary Complaint and Debtor's payment of costs (.4). | 0.80<br>225.00/hr | 180.00 |
| | Conference with co-counsel to discuss bookkeeping issues with fee application deadline and strategy for tomorrow hearing. | 0.20<br>325.00/hr | 65.00 |
| 12/23/2009 | Attend Court hearing on status of Adversary Complaint (3.3); Conference with co-counsel to discuss the results of hearing (.2). | 3.50<br>225.00/hr | 787.50 |
| 12/31/2009 | Prepare exhibits for formal fee application (.4); Conference with co-counsel to discuss settlement strategy for dealing with Debtor (.2). | 0.60<br>325.00/hr | 195.00 |
| | Prepare balance of fee application (1.9); Conference with co-counsel regarding communications with Debtor and changes to formal fee application (.2). | 2.10<br>225.00/hr | 472.50 |
| | Revise and amend affidavit to support fee application (.7); Review billing statements to redact attorney/client privileged matters (.5); Revise and amend Motion itself and Brief in support to clarify satisfaction of Lodestar elements (.7). | 1.90<br>325.00/hr | 617.50 |
| | For professional services rendered<br>Additional charges: | 38.00 | $9,997.50 |
| 12/1/2009 | Travel Expenses - hearing on Motion to Compel PACA payment and entry of judgment. | | 60.09 |
| 12/15/2009 | Travel Expenses - Hearing on Motion to Compel Payment | | 105.00 |

*Serving the Legal Needs of the Produce Industry*

Page   6

Harvest Food Group, Inc
In reference to: Ebro Foods, Inc.

|  |  | Amount |
|---|---|---:|
| 12/17/2009 | Transcript Cost | 57.00 |
| 12/23/2009 | Travel Expenses - Hearing on Adversary status | 61.14 |
| 12/31/2009 | Online research. | 14.73 |
|  | Facsimile transmission expense | 1.00 |
|  | Copy expenses | 19.20 |
|  | Total costs | $318.16 |
|  | Total amount of this bill | $10,315.66 |

*Serving the Legal Needs of the Produce Industry*