## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| EBRO FOODS, INC., | ) Case No. 09-10101 |
| Debtor and Debtor in Possession. | ) Hon. Eugene R. Wedoff |
| HARVEST FOOD GROUP, INC. | ) |
| Plaintiff, | ) ADVERSARY ACTION |
| v. | ) Case No. 09-01191 |
| EBRO FOODS, INC., et al., | ) |
| Defendants. | ) |

### DECLARATION OF MICHAEL J. KEATON, ESQ.

Michael J. Keaton, Esq., being of full age, hereby certifies as follows:

1.  I am a partner in the law firm of Keaton & Associates, P.C. ("Counsel") and one of the attorneys of record for Plaintiff Harvest Food Group, Inc. ("Plaintiff") in this action. I make this declaration in support of Plaintiff's Motion to Include Contractually Due Attorney's Fees and Costs into the Judgment in this matter. I have personal knowledge of the following facts and if called as a witness would and could testify competently thereto.

2.  The amount of fees Counsel billed to the Plaintiff for handling this matter through December 31, 2009 was $26,862.50 Counsel also charged the Plaintiff for the hard costs incurred in this matter in the additional amount of $1,669.81. In the aggregate, Counsel has billed Plaintiff for a total of $28,532.31 in fees and costs through December 31, 2009.

3.  My hourly rate for this matter was $325.00 and my associate's time was billed at



$225.00 per hour.

4.  I have personally reviewed each of the monthly billing statements Counsel issued to the Plaintiff in this matter to assess the amount of time expended on each task, whether each described the task was reasonable and necessary to advance the case toward a resolution and also redacted any entries that infringed on the attorney-client privilege. A true and correct copy, after redactions, of Counsel's monthly billing statements are attached hereto as **Exhibit A**.

5.  Counsel's bills are all based on tenths of an hour, accurately describe each task in detail and then break out each distinct task with the time it took to complete that particular task. The bill includes all time for Plaintiff's Counsel in detail, as well as a line item listing of the costs incurred.

6.  I have been a member of the Illinois Bar since 1991. For my level of experience, I know my billable rate is at or below the market price for federal civil litigation generally in the Chicago marketplace and certainly on the low end of federal litigators specializing in PACA trust litigation.

7.  The amount of time Counsel devoted to representing the Plaintiff in this case and the amount of fees Counsel billed in this matter, as reflected in the accompanying Motion, were all necessary, appropriate and reasonable given the time and skill level required to obtain a judgment in favor of this Plaintiff.

I, Michael J. Keaton, Esquire, being of full age, pursuant to 28 U.S.C. § 1746(2), declare and verify, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

December  31 , 2009

Michael J. Keaton, Esq.

2