# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EBRO FOODS, INC., | ) Case No. 09-10101 |
| | ) |
| Debtor and Debtor in Possession. | ) Hon. Eugene R. Wedoff |
| | ) |
| HARVEST FOOD GROUP, INC. | ) ADVERSARY ACTION |
| | ) |
| Plaintiff, | ) Case No. 09-01191 |
| | ) |
| v. | ) |
| | ) |
| EBRO FOODS, INC., ZENIADA E. ABREU, individually, and SILVIO VEGA, individually. | ) |
| Defendants. | |

## AGREED ORDER AMENDING PARTIAL JUDGMENT (DE #4)

It is hereby stipulated and agreed by and between the undersigned parties as follows:

1.  Ebro Foods, Inc. (the "Debtor") and Harvest Food Group, Inc. (the "PACA Claimant") have agreed on how to resolve the PACA Claimant's PACA Trust Claim asserted in the present adversary proceeding by including an agreed amount of attorneys' fees and costs to the partial judgment this Honorable Court entered in this matter on December 1, 2009 (Adv. Pro. DE #4) (the "Partial Judgment").

2.  Debtor consents to the inclusion of fees and costs in the total amount of $35,000.00 into the Partial Judgment for purposes of entering an Amended Judgment for as total of $52,697.43, of which the Debtor has already paid $17,697.43, leaving a balance due of

$35,000.00. Debtor shall remit this balance due to PACA Claimant by delivering certified funds in the amount of $25,000.00 to PACA Claimant's Counsel on February 2, 2010. Debtor shall deliver certified funds in the additional amount of $10,000.00 to PACA Claimant's Counsel on or before March 2, 2010.

3. After receipt of the $25,000.00 payment, PACA Claimant has agreed to take the following actions: (a) withdraw both its original and amended Proof of Claim (Claim #19); (b) withdraw its Motion for Payment of PACA Claim (DE #93); (c) withdraw its objection to the Debtor's Use of Cash Collateral (DE #152), and; (c) withdraw its objection to Debtor's Motion for Leave (DE #169).

4. After receipt of the remaining $10,000.00 on or before March 2, 2010, PACA Claimant has agreed to file a notice of satisfaction of this Amended Judgment and a request for dismissal of the present adversary proceeding with prejudice.

5. PACA Claimant has agreed not to insert itself further into Debtor's reorganization efforts, and specifically, that it will refrain from objecting to Debtor's disclosure statement or plan of reorganization or any of the Debtor's Professionals' application for fees.

NOW, THEREFORE, based on the foregoing consents, as well as the pleadings and documents in the record of these proceedings, the Court hereby ***ORDERS AS FOLLOWS***:

A. The Partial Judgment this Honorable Court entered on December 1, 2009 (Adv. Pro. DE #4) is hereby amended to include the additional $35,000.00 of agreed fees and costs as sums owing in connection with the PACA Claimant's valid PACA trust claim for a total Amended Judgment amount of $52,697.43, against which the Debtor has already paid $17,697.43, leaving a balance due of $35,000.00.

2

B.  The Debtor is hereby authorized and directed to pay the PACA Claimant the sum of $25,000.00 on Tuesday, February 2, 2010 and another $10,000.00 on Tuesday, March 2, 2010.

C.  As the funds the Debtor is hereby being ordered to turn over to PACA Claimant are PACA trust funds and not property of the Debtor's estate under § 541(d), no further notice or hearing is necessary in this matter.

D.  Upon the PACA Claimant's receipt of the second payment directed hereunder, PACA Claimant's Counsel shall file a notice of satisfaction in this matter, releasing all claims PACA Claimant has asserted or could have asserted against the Debtor and the co-defendants. Furthermore, PACA Claimant shall withdraw all of its claims, motions and objections enumerated in Paragraph 3 above and shall dismiss this adversary proceeding with prejudice against Debtor and all co-defendants in order to conclude this adversary proceeding.

**SO ORDERED**

Signed: February _2_, 2010.

_____
Hon. Eugene R. Wedoff
U.S. BANKRUPTCY COURT JUDGE

AGREED:

| | |
|---|---|
| HARVEST FOOD GROUP, INC. | EBRO FOODS, INC., ZENIADA E. ABREU, individually, and SILVIO VEGA, individually. |
| By: /s/ Michael J. Keaton, Esq.<br>One of Its Attorneys | By: _____<br>One of Their Attorneys |
| Michael J. Keaton, Esq.<br>Mark A. Bulgarelli, Esq.<br>KEATON & ASSOCIATES, P.C.<br>1278 W. Northwest Hwy., Suite 903<br>Palatine, Illinois 60067<br>Tel: 847/934-6500<br>Email: keaton@pacatrust.com | Forrest L. Ingram, Esq.<br>FORREST L. INGRAM P.C.<br>79 W. Monroe St., Suite 1210<br>Chicago, Illinois 60603<br>Tel: 312/759-2838<br>Email: fingram@fingramlaw.com |